429 A.2d 765

Commonwealth v. Thomas, Appellant.

Submitted April 15, 1980. D. Stephen Ferito, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

LIPEZ, J., filed a memorandum dissenting statement.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.